UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
EYAD ISMOIL,

                Movant,

     -against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------x

16-cv-5658 (LAK)
(93-cr-180 (LAK))

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/16

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       This case is stayed pending final resolution of *United States v. Hill*, 14-3872 (2d Cir.). The government is instructed to update the Court of developments in Hill promptly, including the filing and outcome of any motion for rehearing or petition for certiorari. Upon final resolution of *Hill*, the government shall propose a briefing schedule for Ismoil's habeas petition.

       The clerk is instructed to mail a copy of this order to Eyad Ismoil.

       SO ORDERED.

Dated:     August 30, 2016

                                                /s/ Lewis A. Kaplan
                                                _____
                                                  Lewis A. Kaplan
                                             United States District Judge