UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -v-

EYAD ISMOIL (09),

                               Defendant.

------------------------------------------------------------- x

(S12)93-CR-180-009(LAK)

Before: Judge Kaplan

Copies mailed 4/20/22
Chambers of Judge Kaplan

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Defendant Eyad Ismoil's April 8, 2022 request for appointment of counsel to assist in filing a motion for compassionate release is granted. Today's CJA attorney, Mr. David J. Cohen, Esq. is appointed as counsel for defendant under the Criminal Justice Act.

       SO ORDERED.

Dated: April 20, 2022

                                                       Lewis A. Kaplan
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/22