UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
EYAD ISMOIL,

        Movant,

-against-                                     16 Civ. 5658 (LAK)
                                                93 Cr. 180 (LAK)

UNITED STATES OF AMERICA,

        Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to the movant's motion to amend his Section 2255 motion (Dkt 1056) within sixty (60) days of the date of this order. In its response, the government shall respond also to movant's Section 2255 motion both with and without movant's requested amendment. (Dkt 1024; Dkt 1057) Unless otherwise ordered, any reply on behalf of movant shall be served and filed within thirty (30) days of the government's response.

        The motion for appointment of counsel in connection with movant's Section 2255 motion (Dkt 1024) is denied without prejudice to renewal following the filing of the government's response.

        SO ORDERED.

Dated: February 23, 2023

                                                                          Lewis A. Kaplan
                                                         United States District Judge