UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-    93-cr-0180 (LAK)

EYAD ISMAIL, et al.,

    Defendants.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    The defendant, who is serving a very lengthy prison term, has applied for compassionate release. On April 20, 2022, the Court appointed David Jay Cohen, Esq., under the Criminal Justice Act as counsel to assist Ismoil with his application. Mr. Cohen on October 5, 2023 applied for the approval of engagement of associate counsel to assist him, which the Court granted in some part and denied in others. In the ensuring 22 months, Mr. Cohen has filed nothing on Ismoil's behalf. Ismoil now has applied for the appointment of new counsel, expressing considerable dissatisfaction with Mr. Cohen's representation.

    Ismoil is hereby directed to file with chambers and serve upon Mr. Cohen, on or before August 31, 2025, a detailed affidavit of declaration setting forth as precisely as he can exactly his complaints against Mr. Cohen. Mr. Cohen, on or before September 30, 2025, shall file with chambers and serve upon Ismoil a detailed response to Ismoil's complaints and, regardless of Ismoil's specific complaints, explain to the Court why more than three years have passed since Mr. Cohen's appointment without his having filed anything upon his client's behalf or, alternative, sought to be relieved as counsel for good and sufficient reason.

    As neither of the foregoing submissions likely can be made without disclosure of information otherwise protected by attorney-client privilege, the filings shall not be served upon or otherwise disclosed to the government absent the an order by the Court requiring such disclosure.

    SO ORDERED.

Dated:  July 31, 2025

                              Lewis A. Kaplan
                              United States District Judge