

# COHEN FORMAN BARONE, PC

### AN EXPERIENCED LAW FIRM

**DAVID J. COHEN**
david@cfblaw.com

**CORY FORMAN**
cory@cfblaw.com

**CARLA A. BARONE**
carla@cfblaw.com

**BENJAMIN L. SIMPSON**
ben@cfblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-26

Hon. Judge Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street.
New York, NY 10007

**RE: Ismoil, Eyad (93-CR-180-009) Request for Additional Hours For Appointed Associate Counsel**

Dear Honorable Judge Kaplan:

As the Court is, no doubt, aware, on October 5, 2023, Your Honor granted permission for the appointment of Associate Counsel Benjamin Simpson to assist in reviewing voluminous records and preparing a compassionate release motion for Mr. Ismoil.

I, as primary counsel, have had multiple trials in the recent past, been out of office for personal reasons and been engaged in other matters. Mr. Simpson (associate counsel) has been the prime mover of the motion over the last year and has maintained contact with the client and kept the workflow going as to meet all expectations for final submission. As we approach the goal of a final submission of the motion, I write to request the Court's permission to bill more than the originally allocated (fifty hours) for Mr. Simpson. Not only has Mr. Simpson's active engagement in this matter permitted the matter to proceed despite my own engagement on other matters, it would also present significant savings to the Court, as Mr. Simpson's time in drafting and finalizing this motion, will be billed to the ACP at the reduced, associate counsel rate of $110.

Thank you in advance for your consideration of this request.

Dated: April 9, 2026
New York, New York

Additional 25 hrs authorized without prejudice to further application upon completion of the engagement.

SO ORDERED

LEWIS A. KAPLAN, U.S.D.J.     4/10/26

//s// David Jason Cohen//s//
David Jason Cohen, Esq.
Cohen Forman Barone, PC
950 Third Ave, Fl. 11
New York, NY 10022
david@cfblaw.com

Manhattan      950 Third Avenue, 11th fl, New York, NY 10022      T. 212.766.9111      F. 212.766.9166
Long Island    228 East Main Street,    Patchogue, NY 11772      T. 631.766.9111      F. 212.766.9166