USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

          -against-    93-cr-0180 (LAK)

EYAD ISMOIL,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        In April 2022, this defendant sought the appointment of counsel pursuant to the Criminal Justice Act to prepare an application for compassionate release.  The Court promptly obliged. (Dkt 1024, 1026). *Over four years later*, appointed counsel filed the application. (Dkt 1106, 1107)  The moving papers fill two very thick binders and doubtless number at least several hundred pages, if not more.

        In the circumstances, the government is directed to respond to the application no later than September 30, 2026.

        SO ORDERED.

Dated:    May 7, 2026

                                  Lewis A. Kaplan
                           United States District Judge